UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: Headley Grange Investments, LLC Debtor | ) ) ) ) ) CHAPTER 7 CASE NO. 21-11541-FJB |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned appears herein as counsel to Funding Solutions, LLC, creditor and party in interest in the above-referenced case, pursuant to Federal Rules of Bankruptcy Procedure (the "Rules") 9010(b); and requests, pursuant to Rules 2002, 3017, 9007 and 9010 and pursuant to 11 U.S.C. §§ 102(1), 342 AND 1109(B) as applicable, that copies of all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following address:

Jeffery Johnson, Esquire
67 School Street, P.O. Box 960
Hyannis, MA 02601
(508) 790-5776
Email: jeff@jefferyjohnsonesq.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notice and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, messenger, telephone, facsimile, telegram, telex, electronic mail or otherwise filed or made with regard to the referenced case and proceedings therein.

Dated: December 7, 2021

/s/Jeffery Johnson
Jeffery Johnson, Esquire
67 School Street, P.O. Box 960
Hyannis, MA 02601
(508) 790-5776
Email jeff@jefferyjohnsonesq.com
BBO#252510

# CERTIFICATE OF SERVICE

I, Jeffery Johnson do hereby certify that on December 7, 2021, a true copy of Notice of Appearance and Demand for Service of Papers was served on the attached service list via the ECF system for notification:

David B. Madoff, Chapter 7 Trustee

US TRUSTEE

Alex M. Rodolakis

and by first class mail to those parties on the attached service list.

/s/ Jeffery Johnson
Jeffery Johnson, Esquire
67 School Street, P.O. Box 960
Hyannis, MA 02601
(508) 790-5776
Email jeff@jefferyjohnsonesq.com
BBO#252510

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 21-11541<br>District of Massachusetts<br>Boston<br>Tue Dec  7 12:11:47 EST 2021 | Headley Grange Investments, LLC<br>21 Fruean Way, Unit G<br>South Yarmouth, MA 02664-1690 | Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 |
| Alice Denise Benjamin<br>19 Newton Road<br>Sandwich, MA 02563-2730 | Andrew Savarese<br>225 R Street NW<br>Washington, DC 20001-1913 | Andy Cornella<br>5797 North Mesa Drive<br>Castle Rock, CO 80108-9308 |
| Angela Philbrook, Esq.<br>148A Cranberry Highway<br>Orleans, MA 02653-3257 | Annmarie DiGiovanni<br>99 Highland Avenue<br>Malden, MA 02148-6623 | Arthur Courtman<br>13 Cottage Street<br>Whitinsville, MA 01588-1401 |
| Barbara Clifford<br>70 Eagle Drive<br>Tewksbury, MA 01876-4523 | Barbara Faso<br>31 Avon Street<br>Reading, MA 01867-3633 | Barbara M. Sampson Revocable Trust<br>P.O. Box 32<br>Forestdale, MA 02644-0032 |
| Bernardo Cioffi Revocable Trust<br>Enrico Cioffi, Power of Attorney<br>8 Boyden Drive<br>Walpole, MA 02035-3010 | Beverly Ring<br>51 Florence Avenue<br>Attleboro, MA 02703-7603 | Brian Serpone<br>14 Rainbow Road<br>West Yarmouth, MA 02673-5458 |
| Bridle Path Properties, LLC<br>c/o Elliott Colasanto<br>Southington, CT 06489 | CGC Trust<br>c/o  Charles Coffey<br>15 King Street<br>Mansfield, MA 02048-1417 | Candis and Robert Cioffi<br>12 Adrienne Road<br>East Walpole, MA 02032-1302 |
| Carolyn D'Angelo<br>P.O. Box 1633<br>Wolfeboro, NH 03894-1633 | Christopher J. Trakas<br>50 Meadowview Road<br>Milton, MA 02186-1336 | Darlene Colasanto<br>141 Bridle Path<br>Southington, CT 06489-4044 |
| David Mandeix<br>178 Church Street<br>Waltham, MA 02452-5618 | Dawn Carlotto<br>129 Mayfair Road<br>South Dennis, MA 02660-2950 | Debra Demar Krohn<br>18 Sullivan Lane<br>Bristol, RI 02809-1522 |
| Dennis Serpone<br>580 Salem Street<br>Suite 32<br>Wakefield, MA 01880-1268 | Diane Savares<br>367 Howard Street<br>Northborough, MA 01532-1030 | Duane Sullivan<br>115 Nahatan Street<br>Westwood, MA 02090-3605 |
| Dwyer LLC<br>10 Derne Street<br>Boston, MA 02114-4203 | Edwin Colasanto<br>116 Midfield Drive, Apt. 11<br>Waterbury, CT 06705-3937 | Eileen and Alan Donaldson<br>64 Satuit Trail<br>Scituate, MA 02066-3738 |

| | | |
|---|---|---|
| Erin O'Neill<br>P.O. Box 604<br>Green Harbor, MA 02041-0604 | Francis W. Watlington<br>173 Mount Auburn Street<br>Cambridge, MA 02138-4835 | Funding Solutions, Inc.<br>28 Hayes Road<br>Centerville, MA 02632-2500 |
| Geralyn Mackay<br>447 Quincy Shore Drive, Apt. 1<br>Quincy, MA 02171-1829 | Harvey Swartz Marital Trust<br>c/o Marie Swartz, Trustee<br>35 Harvestwood Lane<br>Mansfield, MA 02048-3086 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Janice Blatt<br>221 Playstead Road<br>Schenevus, NY 12155 | Jantzen & Associates, PC<br>4 Liberty Square, 7th Floor<br>Boston, MA 02109-4894 | Jeanne Franz<br>12 Greenhouse Laneq<br>Cincinnati, OH 45209-2363 |
| Jeffery Johnson, Esq.<br>67 School Street<br>Hyannis, MA 02601-3117 | John Saliba<br>4 Derne Street<br>Boston, MA 02114-4237 | John Saliba, Esq.<br>4 Derne Street<br>PO Box 8796<br>Boston, MA 02114-0037 |
| Joseph and Marcia Siracusa<br>1 Great Meadow Road<br>Byfield, MA 01922-1614 | KA Financial Services, Inc.<br>11 Elwood Street<br>Everett, MA 02149-3104 | Karen Pinelli<br>90 Ocean Street<br>Lynn, MA 01902-2053 |
| Kathy Barrows<br>120 Myrtle Street, #22<br>Waltham, MA 02453-0529 | Kathy Scomis<br>7H Merrimack Way<br>Tyngsboro, MA 01879-2758 | Kristin Coffey<br>15 King Street<br>Mansfield, MA 02048-1417 |
| Kyle Colasanto<br>5 Hazelwood Drive<br>Oxford, CT 06478 | Law Office of Ranen S. Schechner<br>10 Cedar Street, Suite 26<br>Woburn, MA 01801-6365 | Leonard Iannessa<br>7 Leseur Road<br>Hyde Park, MA 02136-3906 |
| Linda M. Browne<br>25 Salt Marsh Lane<br>Wareham, MA 02571-2456 | Linda Ruggiero<br>11076 Discovery Drive NW<br>Concord, NC 28027-4800 | Lisa A. Saliba<br>62 Bacon Street<br>Winchester, MA 01890-2602 |
| Lisa Saliba<br>62 Bacon Street<br>Winchester, MA 01890-2602 | Luz Parisien<br>60 Eagle Drive<br>Tewksbury, MA 01876-4523 | Margaret Govednik<br>2 Chester Avenue<br>Bristol, RI 02809-1416 |
| Marlene Brown<br>1285 Lawrence Street<br>Lowell, MA 01852-5575 | Marlene Hnilica<br>822 Kings Crossing Drive<br>Concord, NC 28027-6443 | Mass. Secretary of the Commonwealth<br>1 Ashburton Place<br>17th Floor<br>Boston, MA 02108-1518 |

| | | |
|---|---|---|
| Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 | Matthew Savarese<br>3 Clyde Terrace<br>Arlington, MA 02474-1509 | Michael Gormley<br>611 Reservoir Road<br>Lunenburg, MA 01462-1540 |
| Nancy Marble<br>183 Leonard Street, Unit 6<br>Raynham, MA 02767-6128 | Nancy Sheehan<br>33 Whitecomb Garden<br>Plymouth, MA 02360-5084 | New England Restaurant Brokers, Inc.<br>580 Salem Street<br>Suite 32<br>Wakefield, MA 01880-1268 |
| Nora Jean Wall<br>25 Emily Road<br>Framingham, MA 01701-4521 | Paul Farineau<br>5 Fairway Drive<br>Amherst, NH 03031-2718 | Penny Johnson<br>6410 Hasley Woods Drive<br>Huntersville, NC 28078-1219 |
| Rachel Mandeix<br>38 Broad Street<br>Rehoboth, MA 02769-1215 | Regine Aristilde<br>11 Elwood Street<br>Everett, MA 02149-3104 | Rich LaTores<br>42 Warwick Street<br>Somerville, MA 02145-3510 |
| Rita Manuel<br>597 Main Street, #9<br>Stoneham, MA 02180-2800 | Roberta Collins<br>46 Yale Avenue, Unit B<br>Wakefield, MA 01880-2309 | Rosalie Cunio<br>94 Candlewood Drive<br>Waltham, MA 02451-1309 |
| Sandra Dion<br>18 Clinton Street<br>Mansfield, MA 02048-1904 | Scott Stover<br>25 Salt Marsh Lane<br>Wareham, MA 02571-2456 | Seegel, Lopshutz, Lo & Martin, LLP<br>80 William Street<br>Wellesley Hills, MA 02481-3704 |
| Sheila Burke<br>33 Intrepid Circle, Unit 107<br>Marblehead, MA 01945-2591 | Stephen M. Sweeney<br>49 Post Island Road<br>Quincy, MA 02169-2643 | Susan Lee Traft<br>3 Sycamore Drive<br>Kingston, MA 02364-1242 |
| Tatiana Bechard<br>26 Addy Drive<br>Bristol, RI 02809-4354 | Teresa M. Mancini<br>499 Middle Street<br>East Weymouth, MA 02189-1129 | Thomas Poirier<br>413 Cypress Point<br>Huntersville, NC 28078-0076 |
| Town of Dennis<br>685 Route 134<br>South Dennis, MA 02660-3056 | Town of Yarmouth<br>Office of Collector of Taxes<br>1146 Rout 28<br>South Yarmouth, MA 02664-4463 | Verdolino & Lowey. P.C.<br>124 Washington Street, Suite 101<br>Foxboro, MA 02035-1368 |
| William Irving<br>1116 Great Plain Avenue<br>Needham, MA 02492-2300 | William Mazenkas<br>204 Ross Drive<br>Lynnfield, MA 01940-2336 | Alex M. Rodolakis<br>Fletcher Tilton, PC<br>1597 Falmouth Road<br>Centerville, MA 02632-2955 |

| | | |
|---|---|---|
| David B. Madoff<br>Madoff & Khoury LLP<br>124 Washington Street - Suite 202<br>Foxborough, MA 02035-1368 | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 | Samantha Steward<br>Compass Real Estate<br>877 Main Street<br>Osterville, MA 02655-2066 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

IRS
Special Procedures STOP 20800
P.O. Box 9112
Boston, MA 02203

End of Label Matrix
Mailable recipients    92
Bypassed recipients     0
Total                  92